COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Mrs. Edith CASSADY, widow, Appellee.

Court of Appeals of Kentucky.

Dec. 6, 1974.

James D. Robinson, General Counsel, Department of Highways, Frankfort, Stephen N. Frazier, Paintsville, for appellant.

Reed D. Anderson, Combs & Anderson, Pikeville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

KENTUCKY POWER COMPANY, Appellant,

v.

Paul PACK and Ilene Pack, Appellees.

Court of Appeals of Kentucky.

Dec. 6, 1974.

J. K. Wells, Wells, Porter & Schmitt, Paintsville, for appellant.

Hazelrigg, Knight & Kirk, Paintsville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

F. M. PICKLESIMER, M.D.

v.

Gail HUECKER, Commissioner of
Economic Security, et al.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Robert J. Greene, Perry & Greene, Paintsville, for appellant.

James G. Childers, Department of Economic Security, Frankfort, for appellees.

Memorandum Opinion by Justice REED, Affirming.*

CITY OF ELIZABETHTOWN, Appellant,

v.

Hayes BURNETT, Jr., et al., etc.,
Appellees.

Court of Appeals of Kentucky.

Dec. 6, 1974.

James M. Collier, Collier, Arnett, Coleman & Cooper, Elizabethtown, for appellant.

J. T. Hatcher, John W. Bland, Jr., Hatcher, Lewis & Bland, Elizabethtown, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

* Opinion ordered not to be published.